# United States Court of Appeals

### For the Eighth Circuit

———————————————

No. 21-2527

———————————————

Ruby J. Watts

*Plaintiff - Appellant*

v.

Administrative Office of the Courts

*Defendant*

John Stewart, Director of Finance and Administration, Individually and Official Capacity; Andrea Lea, Auditor of State, Individually and in her Official Capacity

*Defendants - Appellees*

Does, Legislative Bureau Member of the Administrative Office of the Courts, Individually and Official Capacity; Marty Garrity

*Defendants*

————————

Appeal from United States District Court
for the Eastern District of Arkansas - Central

————————

Submitted: April 20, 2022
Filed: April 25, 2022
[Unpublished]

————————

Before LOKEN, GRUENDER, and GRASZ, Circuit Judges.

————————

PER CURIAM.

Ruby Watts appeals following the district court's[1] adverse grant of judgment as a matter of law in her employment discrimination action. Watts argues the district court erred in failing to grant her leave to amend her complaint, and in denying her request to reopen discovery. She also argues the district court erred in granting judgment as a matter of law.

After careful consideration, we conclude that the district court did not abuse its discretion in failing to grant Watts leave to amend her complaint or in declining to reopen discovery. *See FGS Constructors, Inc. v. Carlow*, 64 F.3d 1230, 1235 (8th Cir. 1995) (standard of review). We also conclude that the grant of judgment as a matter of law was warranted for the reasons stated on the record by the district court. *See Sisk v. Picture People, Inc.*, 669 F.3d 896, 899 (8th Cir. 2012) (reviewing *de novo* grant of judgment as a matter of law). Accordingly, we affirm. *See* 8th Cir. R. 47B.

_____

[1]The Honorable James M. Moody Jr., United States District Judge for the Eastern District of Arkansas.